UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61998-CIV-SMITH

ARTHUR IMBERMAN,

    Plaintiff,
vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER AFFIRMING AND ADOPTING**
**REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 31]. In the Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment [DE 19] be denied, Defendant's Motion for Summary Judgment [DE 20] be granted, and that the Decision of the Administrative Law Judge be affirmed.

After review and evaluation, the Magistrate Judge found that the ALJ satisfied her duty to develop a full and fair record and that Plaintiff failed to meet his burden of proving that he is disabled. Furthermore, the ALJ did not err in finding that Plaintiff did not meet or equal a Listing. Based on the record, the Magistrate judge found that the substantial evidence supports the ALJ's conclusion that Plaintiff's visual impairment does not meet or equal a Listing. Thus, the Magistrate Judge recommended that the ALJ's decision be affirmed, that Plaintiff's Motion for Summary Judgment be denied, and that Defendant's Motion for Summary Judgment be granted. Pursuant to the Local Rules for the United States District Court, Southern District of Florida, the Magistrate Judge ordered "[w]ithin **14 days** after being served with a copy of this Report and Recommendation, any party may serve and file written objections to . . . findings and

recommendations." *Id.* (citing 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. R. 4(b).) Neither party has filed Objections to the Magistrate Judge's Report and Recommendation. Having reviewed, *de novo*, the Magistrate Judge's Report and Recommendation to District Judge and the record, and given that Plaintiff has filed no Objections, it is

**ORDERED** that:

1) The Report and Recommendation to District Judge [DE 31] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.
2) Plaintiff's Motion for Summary Judgment [DE 19] is **DENIED.**
3) Defendant's Motion for Summary Judgment [DE 20] is **GRANTED.**
4) The Decision of the Administrative Law Judge is **AFFIRMED**.
5) This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 6th day of April 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of record